UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

In re                                                              CASE NO. 08-17533-BKC-LMI

RENE PIEDRA AND ASSOCIATES,                 CHAPTER 7

      Debtor.

_____/

BARRY E.MUKAMAL, Chapter 7 Trustee,        ADV. PRO. NO. 09-02506-BKC-LMI

      Plaintiff,

v.

CHURCH OF SCIENTOLOGY OF
FLORIDA, INC.

      Defendant.

_____/

## PLAINTIFF'S INITIAL DISCLOSURE OF WITNESSES AND DOCUMENTS

Plaintiff, Barry E. Mukamal ("Plaintiff" or "Trustee"), by and through undersigned

counsel, files this Initial Disclosure of Witnesses and Documents pursuant to Rule 26 of the

Federal Rules of Civil Procedure, made applicable to this proceeding by Bankruptcy Rule 7026,

and the Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial (DE #3),

and states that the following witnesses may be called to testify, and documents may be

introduced, at trial in this matter:

## WITNESS LIST

1.    Barry E. Mukamal
     c/o Frank P. Terzo , Esq.
     1221 Brickell Avenue, Suite 1600
     Miami, FL 33131
     Telephone:    (305) 416-6880

2.    Corporate Representative of Church of Scientology of Florida, Inc.
c/o Alan J. Perlman, Esq.
Adorno & Yoss, LLP
350 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301
(954) 766-7800

3.    Corporate Representative(s)
Wachovia Bank
Summons & Subpoenas
PO Box 8667 PA 4292
Philadelphia, PA 19101

4.    Rene Piedra
c/o Lynn H. Gelman, Esq.
1450 Madruga Ave. # 408
Coral Gables, FL 33146

5.    Corporate representative of Rene Piedra and Associates, P.A.
c/o Lynn H. Gelman, Esq.
1450 Madruga Ave. # 408
Coral Gables, FL 33146

6.    Indira Blyskal
7924 SW 194 Street
Miami, FL 33157

7.    Any and all witnesses and experts set forth on Defendant's witness list.

8.    Any and all witnesses to be used for identification and authentication of evidence.

9.    Any and all witnesses to be used for rebuttal and impeachment purposes.

Plaintiff states that discovery is ongoing and incomplete and reserves the right to amend this list at any time upon discovery of additional witnesses or a determination that such above listed witnesses are not necessary.

## LIST OF DOCUMENTS

Plaintiff states that the following documents may be introduced into evidence at trial in this matter:

1.    All documents attached to Complaint.

2.      All witness statements and/or sworn statements by any party or non-party which pertain to the allegations contained in the Complaint.

3.      All documents filed in the Bankruptcy Case, *In re: Rene Piedra and Associates*, Case No.: 08-17533-BKC-LMI.

4.      All hearing transcripts in *In re: Rene Piedra and Associates*, Case No.: 08-17533-BKC-LMI.

5.      All exhibits to depositions in the Bankruptcy Case, *In re: Rene Piedra and Associates*, Case No.: 08-17533-BKC-LMI.

6.      All documents filed in the Bankruptcy Case, *In re: Rene Piedra*, Case No.: 09-32523-BKC-LMI.

7.      All hearing transcripts in *In re: Rene Piedra*, Case No.: 09-32523-BKC-LMI.

8.      All exhibits to depositions in the Bankruptcy Case, *In re: Rene Piedra*, Case No.: 09-32523-BKC-LMI.

9.      All hearing transcripts in this adversary proceeding and exhibits introduced at such hearing.

10.     All exhibits to depositions in this adversary proceeding.

11.     All transcripts of depositions conducted in this adversary proceeding and exhibits thereto.

12.     Any and all documents introduced by Defendant at trial.

13.     Any and all documents to be used for rebuttal and/or impeachment purposes.

14.     Any and all documents produced by any of the parties to this litigation.

15.     Any and all documents produced by any third party.

16.     All pleading filed in this adversary proceeding.

17.     Any and correspondence between Defendant and Rene Piedra and/or the Debtor.

18.     Any and all documents related to donations made by the Debtor.

19.     Any and all copies and/or payment instruments paid to the order of Defendant by or on behalf the Debtor.

Plaintiff states that discovery is ongoing and incomplete and reserves the right to amend or supplement this list of documents at any time prior to trial upon the discovery of additional relevant documents.

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served via U.S. Mail on this 3rd day of May, 2010 upon all parties in interest per the attached service list and the Court's CM/ECF list maintained by the Court in this matter.

Dated: May 3, 2010

Respectfully submitted,
GRAYROBINSON, P.A.
*Counsel for Plaintiff*
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Telephone:    (305) 416-6880
Facsimile:    (305) 416-6887


By: ___/s Frank P. Terzo_____
          Frank P. Terzo
          Florida Bar No.: 906263

## SERVICE LIST

Barry Mukamal, Trustee
One SE Third Avenue, 10th Floor
Miami, FL 33131

U.S. Trustee's Office
51 SW First Avenue, Room 1204
Miami, FL 33130

Alan Pearlman, Esq.
Adorno & Yoss LLP
350 E. Las Olas Boulevard
Suite 1700
Ft. Lauderdale, FL 33301

Lynn Gelman, Esq.
1450 Madruga Ave, #302
Coral Gables, FL 33146

# 259640 v1