UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No. 08-17533-BKC-LMI

RENE PIEDRA AND ASSOCIATES, P.A.,            Chapter 7

      Debtor.
_____/
BARRY E. MUKAMAL, Chapter 7 Trustee,

      Plaintiff,                                      Adv.Pro.No. 09-02506-LMI

v.

CHURCH OF SCIENTOLOGY OF
FLORIDA, INC.,

      Defendant.
_____/

## DEFENDANT'S RULE 26(a)(1) DISCLOSURES

Defendant, Church of Scientology of Florida, Inc., by and through undersigned counsel, pursuant to Rule 26 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Bankruptcy Rule 7026, and the Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial (D.E.#3), and states that the following witnesses may be called to testify, and documents may be introduced, at trial in this matter.

**A.    Witness List**

    1.    Barry E. Mukamal
          c/o Frank P. Terzo, Esq.
          1221 Brickell Avenue, Suite 1600
          Miami, FL 33131

    2.    Corporate Representative of Church of Scientology of Florida, Inc.
          c/o Alan J. Perlman, Esq.
          Adorno & Yoss, LLP
          350 E. Las Olas Blvd., Suite 1700
          Ft. Lauderdale, FL 33301

    3.    Rene Peidra
          c/o Lynn H. Gelman, Esq.
          1450 Madruga Avenue, #408
          Coral Gables, FL 33146

    4.    Corporate Representative of Rene Piedra and Associates, P.A.
          c/o Lynn H. Gelman, Esq.
          1450 Madruga Avenue, #408
          Coral Gables, FL 33146

    5.    Any and all witnesses and experts set forth in Plaintiff's Witness List to the extent not objected to by Defendant.

    6.    Any and all witnesses to be used for identification and authentication of evidence.

    7.    Any and all witnesses to be used for rebuttal and impeachment purposes.

    8.    Expert witness to be determined.

Discovery is ongoing and incomplete and Defendant reserves the right to amend or supplement the above list of witnesses should additional witnesses be identified, and/or if subsequent discovery, review, or evaluation results in the necessity to introduce additional witnesses at trial.

**B.**    **Exhibit List**

The following documents may be used by Defendant to support its claims in this action:

    1.    All exhibits attached to or referenced in Plaintiffs' Complaint, and any responses to the Complaint.

    2.    All witness statements and/or sworn statements by any party or non-party which pertain to the allegations contained in the Complaint.

    3.    All documents filed in the Bankruptcy Case; *In re: Rene Piedra and Associates*, Case No. 08-17533-BKC-LMI.

4. All hearing transcripts in *In re: Rene Piedra and Associates*, Case No. 08-17533-BKC-LMI.

5. All depositions and exhibits thereto in the Bankruptcy Case; *In re: Rene Piedra and Associates*, Case No. 08-17533-BKC-LMI.

6. All documents filed in the Bankruptcy Case; *In re: Rene Piedra,* Case No. 09-32523-BKC-LMI.

7. All hearing transcripts in *In re: Rene Piedra,* Case No. 09-32523-BKC-LMI.

8. All depositions and exhibits thereto in the Bankruptcy Case; *In re: Rene Piedra,* Case No. 09-32523-BKC-LMI.

9. All hearing transcripts in this adversary proceeding and exhibits introduced at such hearing.

10. All transcripts of depositions conducted in this adversary proceeding and exhibits thereto.

11. Any and all documents introduced by Plaintiff at trial.

12. Any and all documents to be used for rebuttal and/or impeachment purposes.

13. Any and all documents produced by any of the parties to this litigation.

14. Any and all documents produced by any third party.

15. All pleadings filed in this adversary proceeding.

16. Any and all documents related to donations and/or payments made by the Debtor to Defendant in connection with issues in this adversary proceeding.

17. Any and all documents related to any defenses raised by Defendant.

18. Any and all documents produced by Plaintiff during the discovery process in this case.

19. Any and all documents in Plaintiff's Initial Disclosures unless objected to by Defendant.

20. Any and all correspondence between the Defendant and Rene Piedra and/or the Debtor.

21. All 2004 examination transcripts conducted in the Debtor's main bankruptcy case.

22. Any and all documents introduced as exhibits at any 2004 examination conducted in the Debtor's main bankruptcy case.

23. Debtor's bankruptcy petition, statements and schedules and amendments thereto in *In re: Rene Piedra,* Case No. 09-32523-BKC-LMI.

24. Debtor's bankruptcy petition, statements and schedules and amendments thereto in *In re: Rene Piedra and Associates*, Case No. 08-17533-BKC-LMI.

25. All proofs of claims filed against the Debtor in the main bankruptcy case.

Discovery is ongoing and incomplete and Defendant reserves the right to amend or supplement the above list of documents should additional documents be identified, and/or if subsequent discovery, review, or evaluation results in the necessity to introduce additional documents at trial.

### CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 2090-1(A)

I HEREBY CERTIFY that on this 5th day of May, 2010, a true and correct copy of the foregoing was served by the Court's CM/ECF System to all parties who are registered for electronic notice, and by first-class mail to Lynn Gelman, Esq., 1450 Madruga Avenue, #302, Coral Gables, Florida 33146.

{216496.0002/N0826551_1}

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated:  May 5, 2010                                              Respectfully submitted,

/s/ Alan J. Perlman
Florida Bar No. 826006
Adorno & Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301
Telephone:  (954) 763-1200
Facsimile:   (954) 766-7800
aperlman@adorno.com