UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  Case No. 08-17533-BKC-LMI

RENE PIEDRA AND ASSOCIATES, P.A.,               Chapter 7

       Debtor.
_____/
BARRY E. MUKAMAL, Chapter 7 Trustee,

       Plaintiff,                                        Adv.Pro.No. 09-02506-LMI
v.

CHURCH OF SCIENTOLOGY OF
FLORIDA, INC.,

       Defendant.
_____/

**DEFENDANT'S NOTICE OF WITHDRAWAL OF
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant CHURCH OF SCIENTOLOGY OF FLORIDA, INC., by its undersigned counsel hereby files this Notice of Withdrawal of its Motion to Dismiss Plaintiff's Complaint [filed May 13, 2010 (D.E.#16)] without prejudice, pending Plaintiff's filing of an Amended Complaint, with all rights reserved.

Dated:  June 3, 2010                                   **ADORNO & YOSS LLP**

                                                                      /s/ Alan J. Perlman
                                                                      Alan J. Perlman
                                                                       Florida Bar No. 826006
                                                                       e-mail:  aperlman@adorno.com
                                                                       Joshua B. Alper
                                                                       Florida Bar No.:  0059875
                                                                       e-mail:  jalper@adorno.com
                                                                       350 East Las Olas Blvd.
                                                                       Fort Lauderdale, FL 33301
                                                                       (954) 763-1200 (Telephone)
                                                                       (954) 766-7800 (Facsimile)

                                                                      *Attorneys for Church of Scientology
                                                                      of Florida, Inc.*

{216496.0002/N0831371_1}

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy has been served electronically through the Court's EM/ECF system on all parties requesting electronic service on this 3rd day of June, 2010.

                                                /s/ Alan J. Perlman